# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 4, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

125250(59)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

                                  SC: 125250

v                                  COA: 242050
                                   Oakland CC: 01-177534-FC

NICHOLAS JAMES JACKSON,
        Defendant-Appellee/ant.

_____

        On order of the Chief Justice, the motion by defendant-appellant for extension of the time for filing his reply brief is considered, and it is GRANTED.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 4, 2005                                                

c100405                                              Clerk